UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER STROJNIK,

    Plaintiff,

v.

HOMESTEAD INN LLC,

    Defendant.

Case No. 19-cv-04619-VKD

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Pro se plaintiff Peter Strojnik filed this action on August 9, 2019. Dkt. No. 1. Pursuant to the initial case management scheduling order and General Order 56, Mr. Strojnik's last day to complete service on defendant Homestead Inn LLC ("Homestead") or to file a motion for administrative relief from the service deadline was October 8, 2019. Dkt. No. 2. The docket does not indicate that Mr. Strojnik has completed service or shown good cause for extending the deadline, or that Homestead has waived service of summons.

Accordingly, Mr. Strojnik shall appear before this Court on **January 14, 2020 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute. If Mr. Strojnik contests dismissal, he shall file a response to this order no later than **January 9, 2020** explaining why the action should not be dismissed.

**IT IS SO ORDERED.**

Dated: January 2, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge