Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (Sr.),<br><br>Plaintiff,<br><br>vs.<br><br>HOMESETEAD INN LLC,<br><br>Defendant. | Case No: 5:19-cv-04619-VKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**FRCP 41(a)(1)(A)(i)** |

Please take notice that Plaintiff dismisses the above cause pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 13th day of March, 2020.

**PETER STROJNIK,**

_/s/ Peter Strojnik_
Plaintiff

A copy of this is distributed through Pacer this 13th day of March, 2020.